**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KISTILAN J. DARK** **PLAINTIFF**

**v.** **No. 4:26-cv-900-DPM**

**PROPER INSURANCE SERVICES LLC; CONVEX INSURANCE UK LIMITED; HDI GLOBAL SPECIALTY SE; and DOES, Certain Underwriters at Lloyds, London, subscribing to Policy No. PIV213327** **DEFENDANTS**

# ORDER

**1.** Dark's application to proceed *in forma pauperis, Doc. 1,* is denied. He reports more than $4000 a month in veteran's disability income and various property, which he says has little value or is encumbered. He's considering bankruptcy. He lists many monthly expenses. The Court concludes Dark can pay the filing fee over time. He must do so by paying $50 a month until the $405 fee is paid in full. The first payment is due by 10 October 2026; later payments are due by the 10th of each following month.

**2.** The Court must screen Dark's complaint. 28 U.S.C. § 1915(e)(2). He owns real property in Jacksonville, Arkansas, that he lists for short term rentals. He's a Michigander living in New York. When his wife refused to leave the property, Dark filed an

insurance claim alleging that his wife was a squatter. The insurance company denied his claim. Dark sues the insurance company and related entities for breach of contract and bad faith. All the defendants, Dark pleads, are incorporated in, and have the principal places of business in, states other than Michigan. He seeks more than the statutory requirement in damages.

Dark has adequately invoked this Court's diversity jurisdiction. 28 U.S.C. § 1332(a). His contract claims for denied coverage are plausible. His bad faith claim fails. He has not pleaded sufficient facts to clear the high bar set by Arkansas law. *Unum Life Insurance Company of America v. Edwards*, 362 Ark. 624, 627–28, 210 S.W.3d 84, 87 (2005); *Southern Farm Bureau Casualty Insurance Co. v. Allen*, 326 Ark 1023, 1026–27, 934 S.W.2d 527, 529 (1996).

**3.** The Clerk must prepare summonses for the defendants and provide copies of the summonses along with the complaint and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required on the defendants at the addresses provided in the complaint.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

2 October 2026