**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KISTILAN J. DARK** **PLAINTIFF**

**v.** **No. 4:26-cv-900-DPM**

**PROPER INSURANCE SERVICES LLC; CERTAIN UNDERWRITERS AT LLOYD'S LONDON INSURANCE COMPANIES, Subscribing to Policy #PIV213327; CONVEX INSURANCE UK LIMITED; and HDI GLOBAL SPECIALTY SE;** **DEFENDANTS**

**ORDER**

**1.** Dark didn't make his first $50 payment by the 10 October 2026 deadline. If he doesn't pay it, and his second $50 payment, by 10 November 2026, the Court will dismiss his complaint without prejudice.

**2.** The Court directs the Clerk to update the parties on the docket as shown above.

**3.** The Court supplements its Order on service, *Doc. 3*. The Summonses issued but haven't been served. The Court directs the U.S. Marshals to serve Proper Insurance and Certain Underwriters at Lloyd's at the addresses in Dark's complaint, *Doc. 2 at 3*. Dark didn't provide addresses or service information for Convex Insurance or HDI

Global Specialty; and both are identified as citizens of foreign states. He must provide service information and addresses for them by 22 November 2026 or they will be dismissed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 November 2026