**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KISTILAN J. DARK** **PLAINTIFF**

**v.** **No. 4:26-cv-900-DPM**

**PROPER INSURANCE SERVICES LLC; CERTAIN UNDERWRITERS AT LLOYD'S LONDON INSURANCE COMPANIES, Subscribing to Policy #PIV213327; CONVEX INSURANCE UK LIMITED; and HDI GLOBAL SPECIALTY SE;** **DEFENDANTS**

**ORDER**

Dark didn't make his first two payments by the deadline. *Doc. 4*. Dark also hasn't provided service information for two defendants by the deadline to do so. His complaint will be therefore dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 November 2026