**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KISTILAN J. DARK** **PLAINTIFF**

**v.** **No. 4:26-cv-900-DPM**

**PROPER INSURANCE SERVICES LLC; CERTAIN UNDERWRITERS AT LLOYD'S LONDON INSURANCE COMPANIES, Subscribing to Policy #PIV213327; CONVEX INSURANCE UK LIMITED; and HDI GLOBAL SPECIALTY SE;** **DEFENDANTS**

# JUDGMENT

Dark's complaint is dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 November 2026